**Charles A. BROWN, Plaintiff–Appellant,**

v.

**Martha Mary BROWN, Defendant–Respondent.**

**No. 57644.**

Missouri Court of Appeals, Eastern District, Division One.

Dec. 18, 1990.

Charles A. Brown, St. Louis, for plaintiff-appellant.

Linda Murphy, Clayton, for defendant-respondent.

PUDLOWSKI, Judge.

On June 11, 1990, Charles A. Brown, appellant, filed his *pro se* brief with this court. Rule 84.04 Missouri Supreme Court Rules set forth specific requirements for the contents of an appellate brief and these requirements have been held to be mandatory. *Roden v. Tofle*, 779 S.W.2d 290 (Mo. App.1989), *In Re marriage of Sowers*, 733 S.W.2d 19 (Mo.App.1987). Mr. Brown's brief fails to comply with the requirements

---

of Rule 84.04 Missouri Supreme Court Rule.

Appeal dismissed.

KAROHL and GRIMM, JJ., concur.